Kevin T. Lafky, OSB #852633
klafky@lafky.com
Larry L. Linder, OSB #010724
llinder@lafky.com
Haley Percell, OSB #053457
hpercell@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURA BEERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDEX GROUND SYSTEMS, INC., a Delaware Corporation, and KEITH JENKS, an individual,<br><br>        Defendants. | No. CV-06-6262-AA<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS** |

Pursuant to FRCP 41, Plaintiff moves this Court for an order dismissing this matter with prejudice and without fees or costs to any party. I have conferred with opposing counsel for FedEx Ground Systems, Inc., and he is in support of this motion. I have attempted to confer with

///

///

///

///

**Page 1–PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**

Defendant Keith Jenks and notified him of this motion, but have not received a response. For this Motion, Plaintiff relies on the Declaration of Counsel filed herewith.

DATED this 2nd day of June, 2008.

    /s/Larry L. Linder
Larry L. Linder    OSB #01072
Lafky & Lafky
429 Court Street NE
Salem, OR 97301
(503)585-2450
Of Attorneys For Plaintiff

**Page 2–PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**